**John Robert DEMOS, Jr., Petitioner—Appellant,**

v.

**UNITED STATES of America; United States Congress; President of the United States, Respondents—Appellees.**

No. 10–6088.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2010.

Decided: April 8, 2010.

John Robert Demos, Jr., Appellant Pro Se.

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Robert Demos, Jr., appeals the district court's order dismissing this action under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Demos v. United States,* No. 1:09–cv–03205–CCB (D.Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*